# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **JAMES Q. JARDINE,** | ) |
| **Plaintiff,** | ) |
| v. | ) CIVIL ACTION NO. 1:20-00091-JB-N |
| **METROPOLITAN LIFE INSURANCE COMPANY, et al.,** | ) |
| **Defendants.** | ) |

## ORDER

On November 15, 2021, the parties advised the Court that this matter has reached a full and complete settlement of all claims. Accordingly, it is **ORDERED** that all claims in the above-styled action are hereby **DISMISSED with prejudice** from the active docket of this Court, subject to the right of any party to move to reinstate this action within **forty-five (45) days** from the date of entry of this Order should the settlement agreement not be consummated. As such, all other pending deadlines are **CANCELED**.

No further order shall be forthcoming from the Court except upon motion by a party for entry of a final judgment as prescribed by Federal Rule of Civil Procedure 58. The parties shall bear their own costs, expenses, and attorneys' fees in accordance with the terms of the settlement agreement.

**DONE and ORDERED** this 15th day of November, 2021.

/s/ JEFFREY U. BEAVERSTOCK
UNITED STATES DISTRICT JUDGE